UST-32, 3-99

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| MURRIETTA, RAMON C. | ) | Case No. 11-01866 PHX GBN |
| AMARO, MARIA GUADALUPE | ) | |
| | ) | APPLICATION FOR PAYMENT OF |
| | ) | UNCLAIMED FUNDS TO |
| Debtor(s) | ) | U.S. BANKRUPTCY COURT |
| | ) | |

Roger W. Brown, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 1015 | 07/24/2012 | LVNV FUNDING, LLC<br>PROVIDIAN FINANCIAL<br>P.O. BOX 10567<br>GREENVILLE, SC 29603-0587 | $532.95 |

The Trustee asks that an order be entered pursuant to §347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $ 532.95 to the Clerk of the Court to be deposited in the Registry thereof.

October 30, 2012                    /s/ Roger W. Brown
Date                                Roger W. Brown, Trustee