UST-32A, 3-03

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | CHAPTER 7 |
| | ) | |
| MURRIETTA, RAMON C. | ) | Case No.   11-01866 PHX GBN |
| AMARO, MARIA GUADALUPE | ) | |
| | ) | ORDER FOR PAYMENT OF UNCLAIMED |
| | ) | FUNDS TO THE U.S. BANKRUPTCY |
| | ) | COURT |
| Debtor (s). | ) | |
| | ) | |

Upon application of the Trustee and good cause appearing,

**IT IS ORDERED** that the Trustee pay over the amount of $   532.95   the Clerk of the Court pursuant to Bankruptcy Rule 3010, and § 347 of the Code.

_____        _____
  Date                                                                    UNITED STATES BANKRUPTCY JUDGE