IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| REILLY, GEORGIA L. | ) | Case No. 06-03580-PCT RTB |
| REILLY, JOHN P. | ) | |
| | ) | ORDER FOR PAYMENT OF |
| | ) | UNCLAIMED FUNDS TO THE |
| Debtor(s). | ) | U.S. BANKRUPTCY COURT |
| | ) | |

Upon application of the Trustee and good cause appearing,

IT IS ORDERED that the Trustee pay over the amount of $574.79 to the Clerk of the Court pursuant to Bankruptcy Rule 3010, and §347 of the Code.

_____          _____
DATE                                                                        UNITED STATES BANKRUPTCY JUDGE